FILED

01/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0429

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0429

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MATTHEW LYMAN TIPPETS,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 7, 2022, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 31 2022